**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

In re Viagra Products Liability Litigation                                  Civil No. 06-md-1724

This Order Relates to **ALL ACTIONS**                    **AMENDED SCHEDULING
                                                                                            ORDER RELATING TO
                                                                                            PHASE I OF DISCOVERY**

---

This matter is before the Court on a joint request to modify the Scheduling Order Relating to Phase I Discovery. The Court grants the request. Accordingly, **IT IS HEREBY ORDERED** that the Scheduling Order entered June 30, 2006 (Docket No. 38) is amended as follows:

1. Paragraph 1.b.: The deadline for fact discovery relating to general causation is changed from December 1, 2006 to **March 1, 2007**.

2. Paragraph 1.c.: Plaintiffs shall serve general causation expert reports on or before **March 1, 2007**.

3. Paragraph 1.d.: Defendant shall serve general causation expert reports on or before **April 2, 2007**.

4. Paragraph 1.e: Depositions of Plaintiffs' experts must be completed on or before **June 1, 2007**. Plaintiffs will make their experts available for deposition by this date.

5. Paragraph 1.f.: Depositions of Defendant's experts must be completed on or before **July 2, 2007**. Defendant will make its experts available for deposition by this date.

6. Paragraph 1.g.: Defendant's <u>Daubert</u> motion to challenge any or all of Plaintiffs' general causation experts must be filed on or before **July 13, 2007**.

7. Paragraph 1.h.: Plaintiffs' opposition to Defendant's motion must be filed on or before **August 1, 2007**.

8. Paragraph 1.i.: Defendant's reply brief in support of its motion must be filed on or before **August 15, 2007**.

9. Paragraph 1.j.: The Court will schedule a hearing on the motion, if necessary, at its earliest convenience after **August 15, 2007**. Prior to the hearing, the parties and the Court shall meet and discuss the format and procedures for any such hearing, including, if necessary, prior disclosure of witnesses expected to testify and evidence to be introduced at the hearing.

All other provisions of the June 30, 2006 Scheduling Order shall remain in effect.

Dated: September 22, 2006

s/ Paul A. Magnuson<br>
Paul A. Magnuson<br>
United States District Court Judge