## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Viagra Products Liability Litigation					MDL No. 06-1724 (PAM)

---

*This Order Relates to*:

Tommy Buracker,							Civil No. 06-2099 (PAM)

          Plaintiff,

v.											**ORDER**

Pfizer, Inc.,

          Defendant.

---

Pursuant to the Stipulation for Dismissal filed on November 21, 2006 (Docket No. 5 in Civil No. 06-2099 and Docket No. 158 in MDL No. 06-1724), **IT IS HEREBY ORDERED** that:

1. The claims asserted in the Complaint against Defendant are **DISMISSED with prejudice**; and

2. The parties will bear their own fees, costs, and expenses.

Dated: November 29, 2006

                                                  s/ Paul A. Magnuson
                                                  Judge Paul A. Magnuson
                                                  United States District Court Judge