## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Viagra Products Liability Litigation | MDL No. 06-1724 (PAM) |

*This Order Relates to*:

| | |
|---|---|
| Robert Baird, | Civil No. 06-2097 (PAM) |
| Plaintiff, | |
| v. | **ORDER** |
| Pfizer, Inc., a subsidiary of Warner-Lambert, individually and as successor in interest to Parke-Davis, Inc., | |
| Defendant. | |

Pursuant to the Stipulation for Dismissal filed on November 21, 2006 (Docket No. 2 in Civil No. 06-2097 and Docket No. 157 in MDL No. 06-1724), **IT IS HEREBY ORDERED** that:

1. The claims asserted in the Complaint against Defendant are **DISMISSED with prejudice**; and

2. The parties will bear their own fees, costs, and expenses.

Date: November 29, 2006

s/ Paul A. Magnuson
Judge Paul A. Magnuson
United States District Court Judge