## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Viagra Products Liability Litigation          MDL No. 06-1724 (PAM)

---

*This Order Relates to*:

Joseph Loughlin,                                    Civil No. 06-3343 (PAM)

          Plaintiff,

v.                                                  **ORDER**

Pfizer, Inc.,

          Defendant.

---

This matter is before the Court on Plaintiff Joseph Loughlin's Motion for Voluntary Dismissal Without Prejudice. Defendant Pfizer, Inc. does not oppose the Motion. Accordingly,

**IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion for Voluntary Dismissal (Docket Nos. 3 and 4) is **GRANTED**; and

2. The claims asserted in the Complaint are **DISMISSED without prejudice**.

Date: January 9, 2007

                                                            s/ Paul A. Magnuson
                                                            Paul A. Magnuson
                                                           United States District Court Judge