**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re Viagra Products Liability Litigation | Civil No. 06-md-1724 |
| This Order Relates to **ALL ACTIONS** | **SECOND AMENDED SCHEDULING ORDER RELATING TO PHASE I OF DISCOVERY** |

This matter is before the Court on a joint request to modify the Scheduling Order Relating to Phase I Discovery. The Court grants the request. Accordingly, **IT IS HEREBY ORDERED** that the Scheduling Order entered June 30, 2006 (Docket No. 38) and the Amended Scheduling Order entered September 22, 2006 (Docket No. 95) are amended as follows:

1. The deadline for fact discovery relating to general causation is **March 15, 2007**.

2. Plaintiffs shall serve general causation expert reports on or before **March 15, 2007**.

3. Defendant shall serve general causation expert reports on or before **April 16, 2007**.

4. Depositions of Plaintiffs' experts must be completed on or before **June 15, 2007**. Plaintiffs will make their experts available for deposition by this date.

5. Depositions of Defendant's experts must be completed on or before **July 16, 2007**. Defendant will make its experts available for deposition by this date.

6. Defendant's <u>Daubert</u> motion to challenge any or all of Plaintiffs' general

      causation experts must be filed on or before **July 27, 2007**.

7. Plaintiffs' opposition to Defendant's motion must be filed on or before **August 15, 2007**.

8. Defendant's reply brief in support of its motion must be filed on or before **August 29, 2007**.

9. The Court will schedule a hearing on the motion, if necessary, at its earliest convenience after **August 29, 2007**. Prior to the hearing, the parties and the Court shall meet and discuss the format and procedures for any such hearing, including, if necessary, prior disclosure of witnesses expected to testify and evidence to be introduced at the hearing.

All other provisions of the June 30, 2006 Scheduling Order shall remain in effect.

Dated: February 14, 2007

                                                s/ Paul A. Magnuson  
                                                Paul A. Magnuson  
                                                United States District Court Judge