# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

In re Viagra Products Liability Litigation                              Civil No. 06-md-1724

This Order Relates to **ALL ACTIONS**      **THIRD AMENDED SCHEDULING ORDER RELATING TO PHASE I OF DISCOVERY**

---

This matter is before the Court on a joint request to modify the Scheduling Order Relating to Phase I Discovery. The Court grants the request. Accordingly, **IT IS HEREBY ORDERED** that the Scheduling Order entered June 30, 2006 (Docket No. 38), the Amended Scheduling Order entered September 22, 2006 (Docket No. 95), and the Second Amended Scheduling Order (Docket No. 187) are amended to extend the deadline for submissions of general causation expert reports:

1. Plaintiffs shall serve general causation expert reports on or before **March 30, 2007**; and

2. Defendant shall serve general causation expert reports on or before **April 30, 2007**.

Dated: March 12, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge