## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Viagra Products Liability Litigation  MDL No. 06-1724 (PAM)

*This Order Relates to*:

Jeffrey Keith,  Civil No. 06-3028 (PAM)

        Plaintiff,

v.  **ORDER**

Pfizer, Inc.,

        Defendant.

Based on the joint Stipulation for Dismissal without Prejudice, **IT IS HEREBY ORDERED** that the claims asserted in the Complaint are **DISMISSED without prejudice**.

Date: March 12, 2007

        s/ Paul A. Magnuson
        Paul A. Magnuson
        United States District Court Judge