**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

In re Viagra Products Liability Litigation                     Civil No. 06-md-1724

This Order Relates to **ALL ACTIONS**          **ORDER REAFFIRMING STAY AND
                                                ADDRESSING EXPERT AND
                                                DISCOVERY ISSUES**

---

This matter is before the Court on issues related to scheduling, expert testimony, and Phase I Discovery. **IT IS HEREBY ORDERED** that:

1. The Court reaffirms that proceedings in these actions are **STAYED** until September 10, 2007;

2. On September 10, 2007, Defendant shall identify its ocular blood flow expert and produce the requisite expert report, and the deposition of said expert shall commence expeditiously;

3. On September 10, 2007, Plaintiffs' lead counsel shall submit a motion with supporting materials regarding Plaintiffs' requests for documents involving (a) Compliance Programs and Defendant's settlement with federal agency officials, (b) Defendant's Medical Information Group and/or Medical Communications Group, and (c) the Quality Standard Group and Standard Operating Procedures; and

4. Defendant's response to any such motion shall be filed by September 24, 2007.

Dated: August 23, 2007

s/ Paul A. Magnuson
Paul A. Magnuson
United States District Court Judge
