## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Viagra Products Liability Litigation                MDL No. 06-1724 (PAM)

**ORDER**

*This Order Relates to*:

| | |
|---|---|
| Delevan Barrett, | Civil No. 06-4559 (PAM) |
| Randall L. Bishop, | 06-3027 (PAM) |
| Larry Burfield, | 07-3502 (PAM) |
| Cass Casper, | 08-0191 (PAM) |
| Philip Cusumano, | 06-4732 (PAM) |
| Wiley P. Dufour, | 06-3243 (PAM) |
| Wayne Farmer, | 06-3375 (PAM) |
| David A. Gill, | 07-2486 (PAM) |
| Lance Green, | 08-0190 (PAM) |
| Jerry Griffith, | 06-3344 (PAM) |
| Al Hauser, | 07-2485 (PAM) |
| Robert Heins, | 06-3371 (PAM) |
| Charles Jacoway, | 06-3499 (PAM) |
| Helen Jurewicz, | 08-1432 (PAM) |
| Orlando Lozano, | 07-2187 (PAM) |
| John Parsons, | 06-3242 (PAM) |
| Alfred Paul, | 06-3247 (PAM) |
| Neil R. Pierce, | 07-2484 (PAM) |
| Richard Rauktis, | 07-2487 (PAM) |
| Joseph Soileau, | 06-3245 (PAM) |

| | |
|---|---|
| George P. Stacy, | 07-4388 (PAM) |
| James Tocco, | 08-5761 (PAM) |
| Bobby J. Toliver, | 08-1426 (PAM) |
| John Tyler, | 07-2192 (PAM) |
| David Veglia, | 10-0832 (PAM) |

                Plaintiffs,

v.

Pfizer, Inc.,

                Defendant.

---

This matter is before the Court on Defendant's Supplemental Response to the Order to Show Cause (Docket No. 697). On August 25, 2010, the Court issued an Order to Show Cause that required all remaining Plaintiffs to present admissible evidence of general causation in support of their claims. The Court held a hearing on its Order to Show Cause on October 4, 2010, at which no Plaintiffs appeared. Since that date, the above-listed Plaintiffs have neither dismissed their claims nor submitted any further support on the general causation element. Thus, Plaintiffs have failed to show cause why their cases should not be dismissed.

Accordingly, **IT IS HEREBY ORDERED that** the above-listed cases are **DISMISSED WITH PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: Wednesday, December 22, 2010

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge
